UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

SCOTT CRAYCROFT                                                                                    PLAINTIFF

v.                                                              CIVIL ACTION NO. 3:15-cv-00654-CRS

DAKKOTA INTEGRATED SYSTEMS, LLC                                                 DEFENDANT

## MEMORANDUM OPINION AND ORDER

The Court denied Plaintiff Scott Craycroft's motion to remand this matter to state court. Feb. 8, 2016 Mem. Op. & Order, ECF No. 14. Craycroft now moves for reconsideration.

A motion to reconsider is not another chance at bat. *See Sault Ste. Marie Tribe of Chippewa Indians v. Engler*, 146 F.3d 367, 374 (6th Cir. 1998) (finding that a motion to amend or alter judgment "is not an opportunity to re-argue a case"). Craycroft presented the arguments in his current motion in his unsuccessful motion to remand. His arguments have not gained merit with age. As stated before, the Court has original jurisdiction over Craycroft's Family and Medical Leave Act claim and can exercise supplemental jurisdiction over the remaining claims. Feb. 8, 2016 Mem. Op. & Order. Exercising this jurisdiction serves the interest of judicial economy. Therefore, Dakkota Integrated Systems, LCC properly removed the action.

Accordingly, and the Court being sufficiently advised, **IT IS HEREBY ORDERED AND ADJUDGED** that the Court **DENIES** Plaintiff Scott Craycroft's motion to reconsider (DN 16).

IT IS SO ORDERED.

April 8, 2016

Charles R. Simpson III, Senior Judge
United States District Court

1